UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-60618-KMM

FENDI ADELE, S.R.L.,

    Plaintiff,

vs.

ALEXANDER OTT, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR ALTERNATE SERVICE

THIS CAUSE came before the Court upon Plaintiff's Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) (ECF No. 17). UPON CONSIDERATION of the Motion, the pertinent portions of the Record and being otherwise fully advised in the premises, the Court enters the following Order.

Plaintiff, Fendi Adele, S.r.l. ("Plaintiff"), argues that, despite Plaintiff's best efforts, Plaintiff has been unable to physically locate Defendants to effectuate process. According to Plaintiff, Defendants have intentionally concealed their location to thwart attempts to serve them. *See* Decl. of Christine Ann Daley (ECF No. 17-1 ¶ 5). Plaintiff now seeks permission to serve the Summons, Complaint, and all other future filings in this matter, upon Defendants via their known e-mail addresses and/or website publication. Federal Rule of Civil Procedure 4(f)(3) permits service at a place not within any judicial district of the United States by "other means not prohibited by international agreement, as the court directs." Having carefully considered the Matter, this Court finds that service via Defendants' known e-mail addresses and/or website

publication is not prohibited by any international agreement, and that good cause exists for granting Plaintiff's Motion. For the foregoing reasons, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) (ECF No. 17) is GRANTED. It is further

ORDERED AND ADJUDGED that Plaintiff shall serve the Summons, Complaint, and all other future filings in this matter, upon Defendants via e-mail to either the e-mail addresses provided by Defendants as part of the the data related to its e-commerce store or via the e-commerce platform e-mail for each of the e-commerce stores, as identified on Schedule B to Plaintiff's Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) (ECF No. 17 at p. 18). It is further

ORDERED AND ADJUDGED that Plaintiff may also serve the Summons, Complaint, and all other future filings in this matter, upon Defendants via publication by posting a copy of the Complaint and Summonses on the Internet website appearing at the URL http://servingnotice.com/ejst3a/index.html.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of March, 2016.

K. M. Moore
_____
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:   All Counsel of Record