**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-cv-60618-KMM

FENDI ADELE, S.R.L.,

      Plaintiff,

vs.

ALEXANDER OTT, *et al.*,

      Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL**

THIS CAUSE came before the Court on Plaintiff's Motion to Unseal (ECF No. 24), in which Plaintiff requests that the Court unseal its *Ex Parte* Application for Entry of Temporary Restraining Order together with the supporting Declarations and Exhibits (ECF No. 9), the Court's Order granting same (ECF No. 11), and all other docket entries in this case. The Court has reviewed Plaintiff's Motion to Unseal and the case file. As the Court has ruled on Plaintiff's Application for Temporary Restraining Order and Plaintiff served Defendants with the Sealed Order Granting Plaintiff's *Ex Parte* Application and supporting documents, no basis exists for the documents to remain sealed. Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

    1.    Plaintiff's Motion to Unseal (ECF No. 24) is GRANTED.

    2.    The Clerk of Court shall unseal all docket entries in this case, and return those portions of the Court file to the public records.

DONE AND ORDERED in chambers in Miami, Florida, this <u>1st</u> day of April, 2016.

_____
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:      All Counsel of Record