UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60618-KMM

FENDI ADELE, S.R.L.,

    Plaintiff,

vs.

ALEXANDER OTT, *et al.*,

    Defendants.

_____/

## PRELIMINARY INJUNCTION

THIS CAUSE came before the Court on the Report and Recommendation of Magistrate Judge Chris McAliley.  [DE 32].  Therein, Judge McAliley recommends that the Court grant Plaintiff's Application for Entry of a Preliminary Injunction. [DE 9].  Plaintiff has filed proof of service on all Defendants. [DE 23–26, 34–37].  No objections were filed and the time for doing so has passed.  UPON CONSIDERATION, of the Report, the Motion, and a *de novo* review of the record, it is hereby ORDERED AND ADJUDGED that Judge McAliley's Report and Recommendation is ADOPTED.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Application for Preliminary Injunction is GRANTED.  It is further

ORDERED AND ADJUDGED that

    1.    Each Defendant,[1] its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order are hereby restrained and enjoined:

---

[1] The Defendants subject to this Preliminary Injunction are the individuals, partnerships or unincorporated associations using the seller identities set forth on Schedule "A" hereto.

a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the FENDI Marks, as defined in paragraph 18 of the Complaint [DE 1] and in Section I of the Report and Recommendation [DE 32], or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the FENDI Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the FENDI Marks, or any confusingly similar trademarks.

2. Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order shall immediately discontinue, until further order of this Court, the use of the FENDI Marks or any confusingly similar trademarks in connection with the sale and offering for sale of non-genuine versions of Plaintiff's goods, on or in connection with all Internet based e-commerce store website businesses operated or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs;

3. Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the FENDI Marks, or any confusingly similar trademarks in

connection with the sale and offering for sale of non-genuine versions of Plaintiff's goods, within metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to Internet based e-commerce store website businesses registered by, owned, or operated by any Defendant, including the Internet based e-commerce stores operating under the Seller IDs;

4. Each Defendant shall not transfer ownership of the Internet based e-commerce store website businesses under their Seller IDs during the pendency of this Action, or until further Order of the Court;

5. Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the Internet based e-commerce store website businesses under their Seller IDs and shall take all steps necessary to retrieve computer files relating to the use of the Internet based e-commerce stores under their Seller IDs that may have been deleted before the entry of this Order;

6. Upon receipt of notice of this Order, Amazon Payments, Inc. ("Amazon")[2] and its related companies and affiliates shall, to the extent not already done, immediately identify and restrain all funds (as opposed to ongoing account activity) in, or which hereafter are transmitted into, the Amazon accounts of Defendant Numbers 1-23 as identified in Schedule "B" hereto;

---

[2] Amazon is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court. *See* Decl. of Christine Ann Daley at ¶ 6 and Exhibit A thereto.

7. Upon receipt of notice of this Order, PayPal, Inc. ("PayPal")[3] and its related companies and affiliates shall, to the extent not already done, immediately restrain all funds (as opposed to ongoing account activity) in, or which hereafter are transmitted into, the PayPal accounts of Defendant Numbers 24-27 as identified on Schedule "B" hereto;

8. Amazon and PayPal shall also, to the extent not already done, immediately divert to a holding account for the trust of the Court all funds in all Amazon and PayPal accounts identified on Schedule "B" hereto;

9. Amazon and PayPal shall further, to the extent not already done, within five business days of receiving this Order, provide Plaintiff's counsel with all data which details (i) an accounting of the total funds restrained and identifies the financial account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners, until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by Amazon or PayPal for any purpose (other than pursuant to a chargeback made pursuant to Amazon's or PayPal's security interest in the funds) without the express authorization of this Court;

10. Plaintiffs may move this Court to expand the scope of this Order to apply to Seller IDs, associated e-commerce stores, and any other seller identification names, e-

---

[3] PayPal is licensed to do business in the State of Florida by the Florida Office of the Controller and is therefore subject to personal jurisdiction in this Court. *See* Decl. of Christine Ann Daley at ¶ 7 and Exhibit B thereto.

commerce stores, PayPal accounts, or Amazon accounts, identified by sworn affidavits as being used by Defendants for the purpose of counterfeiting the FENDI Marks at issue in this action or unfairly competing with Plaintiff on the World Wide Web;

11. Any Defendant or any financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out herein;

12. Plaintiff shall maintain its bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court;

13. This Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of April, 2016.

*K. M. Moore*
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:   All counsel of record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SELLER ID

| Def. No. | Seller Display Name | E-Commerce Store Type |
|---|---|---|
| 1 | ALEXANDER OTT | Amazon.com |
| 2 | Amanda Presley | Amazon.com |
| 3 | Amaz0n Fashion classic case shop | Amazon.com |
| 4 | an an | Amazon.com |
| 5 | Chaoso Low Best | Amazon.com |
| 6 | chenchaodong | Amazon.com |
| 7 | DALKDAD | Amazon.com |
| 8 | Elliot Rosenau001 | Amazon.com |
| 9 | Fanqiekuajing E-Commerce Co., Ltd.. | Amazon.com |
| 10 | If you love me | Amazon.com |
| 11 | Janet Perkins | Amazon.com |
| 12 | jayson Manssur | Amazon.com |
| 13 | Kellycase | Amazon.com |
| 14 | Liantou Liu | Amazon.com |
| 15 | linxbox | Amazon.com |
| 16 | liulangtao | Amazon.com |
| 17 | LYL Custom Design | Amazon.com |
| 18 | Marjorie Marinelli | Amazon.com |
| 19 | meiyi | Amazon.com |
| 20 | M-Maz | Amazon.com |
| 21 | MOKEY | Amazon.com |
| 22 | Rookie Xue Case | Amazon.com |
| 23 | Somer Lester Shop | Amazon.com |
| 24 | 2013service888 | eBay.com |
| 25 | balevale | iOffer.com |
| 26 | hvolkan | iOffer.com |
| 27 | idobeautywigs | iOffer.com |

## SCHEDULE "B"
## DEFENDANTS AND ASSOCIATED PAYMENT ACCOUNTS BY INVESTIGATION

1) **Burns' Investigation: Seller IDs operating via Amazon.com – ¶ 4 and Composite Exhibit A**

| Def. No. | Seller Display Name | Item Purchased | Seller ID | Infringing Product ASIN |
|---|---|---|---|---|
| 1 | ALEXANDER OTT | mobile phone case | A1RCI6NN4NZSZK | B00Y2F8C3Q |
| 2 | Amanda Presley | mobile phone case | A2LF7PVGPWSMAC | B00Y2F6ZKS |
| 3 | Amaz0n Fashion classic case shop | mobile phone case | ABSR8B2TX0JOU | B00XMBXQUK |
| 4 | an an | mobile phone case | AD7YOHS1K2IRU | B00XMBXQUK |
| 5 | Chaoso Low Best | mobile phone case | AA3BYZPWOMIMA | B015H21DOM |
| 6 | chenchaodong | mobile phone case | A2TYFX59DW7QJA | B00Y2F6ZKS |
| 7 | DALKDAD | mobile phone case | A3MF79H6FS5Z30 | B00Y2F6ZKS |
| 8 | Elliot Rosenau001 | mobile phone case | A231J0EI3FZ4O0 | B00Y2I24D2 |
| 9 | Fanqiekuajing E-Commerce Co., Ltd.. | mobile phone case | A2JQ85728RI9J | B019BBBHDW |
| 10 | If you love me | mobile phone case | ASRFLWNIKJEKC | B016NN29ME |
| 11 | Janet Perkins | mobile phone case | A22GL9BY4H8YZR | B015GHHJXW |
| 12 | jayson Manssur | mobile phone case | AIM1QM07QRNAJ | B0161CN3PE |
| 13 | Kellycase | mobile phone case | A2FUWD3QW92QCB | B00Y2F6ZKS |
| 14 | Liantou Liu | mobile phone case | A3KOZSNXZWV1M5 | B00Y2F6ZKS |
| 15 | linxbox | mobile phone case | A176K10U1UFHFF | B00Y2F9RIU |
| 16 | liulangtao | mobile phone case | A2BHN5SSJ11PTI | B00Y2F6ZKS |

7

| Def. No. | Seller Display Name | Item Purchased | Seller ID | Infringing Product ASIN |
|---|---|---|---|---|
| 17 | LYL Custom Design | mobile phone case | A2N99WX6910YV4 | B00Y2I4QRY |
| 18 | Marjorie Marinelli | mobile phone case | A3BI02KUQ0W33Q | B00Y2F6ZKS |
| 19 | meiyi | mobile phone case | A8ZT0XNUEJMTF | B00Y2FBX0K |
| 20 | M-Maz | mobile phone case | A2NB16Y8ZT7GTF | B017936WFM |
| 21 | MOKEY | mobile phone case | A23ODPNJB0GO1O | B00Y2F6ZKS |
| 22 | Rookie Xue Case | mobile phone case | AMHITOBRZZAAY | B00Y2F6ZKS |
| 23 | Somer Lester Shop | mobile phone case | A35X4K5WA48XW4 | B01BD0XRRI |
| 24 | 2013service888 | mobile phone case | N/A | N/A |

2) **Burns' Investigation: Seller IDs operating via eBay.com and iOffer.com – ¶ 5 and Composite Exhibit B**

| Def. No. | Seller Display Name | E-Commerce Store Type | Item Purchased | PayPal Account |
|---|---|---|---|---|
| 24 | 2013service888 | eBay | mobile phone case | lianganbing@gmail.com |
| 25 | balevale | iOffer | tee-shirt | gokhanbali@live.com |
| 26 | hvolkan | iOffer | handbag | fbvolkan2@yandex.com |
| 27 | idobeautywigs | iOffer | Belt | ibeautywigs@hotmail.com |

8