UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-60618-CIV-MOORE

FENDI ADELE, S.R.L.,

        Plaintiff,

v.

ALEXANDER OTT, *et al.*,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS CAUSE came before the Court on Plaintiff's Motion for Entry of Final Default Judgment (the "Motion") (ECF No. 45) after the Clerk's Entry of Default (ECF No. 43). Defendants[1] failed to respond to Plaintiff's Motion and the time to do so has passed. The Motion is now ripe for review.

By the instant Motion, Plaintiff seeks permanent injunctive relief and an award of statutory damages against Defendants for Federal Trademark Counterfeiting and Infringement under 15 U.S.C. §1114 of the Lanham Act, False Designation of Origin under 15 U.S.C. §1125(a) of the Lanham Act, Common Law Unfair Competition, and Common Law Trademark Infringement.

The well-pleaded allegations made in Plaintiff's Complaint (ECF No. 1) are deemed to have been admitted by Defendants by virtue of the default entered against them. *Cotton v . Mass. Mut. Life Ins. Co.*, 402 F.3d 1267, 1277–78 (11th Cir. 2005) (citations omitted). Here, Plaintiff alleges that Defendants engaged in the sale or offering for sale of goods which bore marks which are "identical copies" of Plaintiff's trademarks through the Internet based e-commerce

---

[1] "Defendants" collectively refers to the Defendants and Seller IDs identified in the attached Schedule A.

marketplace stores operating under the Seller IDs. The Court notes that such marks are within the definition of "counterfeit mark" as used in the Lanham Act. 15 U.S.C. §1116(d)(l)(B)(ii). Thus, the Court finds that Defendants infringed on Plaintiff's Marks by their use of the counterfeit marks.

Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Plaintiff's Motion (ECF No. 45) is GRANTED:

1. It is further ORDERED AND ADJUDGED that, pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment is hereby entered in favor of Plaintiff and against Defendants as to all Counts of the Complaint.

2. It is further ORDERED AND ADJUDGED that, pursuant to Federal Rule of Civil Procedure 65, Defendants and their officers, agents, servants, employees and attorneys, and all persons acting in concert and participation with them are hereby PERMANENTLY RESTRAINED AND ENJOINED from:

    a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing Plaintiff's trademarks identified in Paragraph 15 of the Complaint (the "FENDI Marks");

    b. using the FENDI Marks in connection with the sale of any unauthorized goods;

    c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants offered for sale or sold via the Internet websites operating under the Internet based e-commerce stores identified on Schedule "A" hereto (collectively the "Seller IDs") and/or any other e-commerce marketplace store, seller identity or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

    d. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

    e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants offered for sale or sold via the Seller IDs and/or any other e-commerce marketplace store, seller identity, or business, are in any way endorsed by, approved by, and/or associated with Plaintiff;

    f.    using any reproduction, counterfeit, copy, or colorable imitation of the FENDI Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants via the Seller IDs and/or any other e-commerce marketplace store, seller identity, or business;

    g.    affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants via the Seller IDs and/or any other e-commerce marketplace store, seller identity, or business, as being those of Plaintiff or in any way endorsed by Plaintiff;

    h.    otherwise unfairly competing with Plaintiff;

    i.    using the FENDI Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants, including the e-commerce marketplace stores operating under all of the Seller IDs; and

    j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

3. It is further ORDERED AND ADJUDGED that Plaintiff is entitled to the following statutory damages in addition to the permanent injunctive relief awarded to Plaintiff:

    a.    Plaintiff is awarded $1,000,000.00 against each Defendant pursuant to 15 U.S.C. § 1117(c), for which let execution issue.

4. All funds currently restrained by Amazon Payments, Inc. ("Amazon") and PayPal, Inc. ("PayPal") pursuant to the preliminary injunction (ECF No. 18) in

3

this action are to be immediately (within 5 business days) transferred to Plaintiff in partial satisfaction of the monetary judgment entered herein against each Defendant. Amazon and PayPal shall provide to Plaintiff at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiff.

5. Plaintiff is awarded interest from the date of this Order, compounded annually pursuant to the provisions of 28 U.S.C. §1961.

6. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

7. It is further ORDERED AND ADJUDGED that the bond posted by Plaintiff in the amount of $10,000.00 SHALL BE RELEASED by the Clerk of the Court.

The Clerk of the Court is instructed to CLOSE this Case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of June, 2016.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c:   All counsel of record

## SCHEDULE "A"
## DEFENDANTS BY SELLER ID AND ASSOCIATED PAYMENT ACCOUNTS

| Def. No. | Seller Display Name | E-Commerce Store Type |
|---|---|---|
| 1 | ALEXANDER OTT | Amazon.com |
| 2 | Amanda Presley | Amazon.com |
| 3 | Amaz0n Fashion classic case shop | Amazon.com |
| 4 | an an | Amazon.com |
| 5 | Chaoso Low Best | Amazon.com |
| 6 | chenchaodong | Amazon.com |
| 7 | DALKDAD | Amazon.com |
| 8 | Elliot Rosenau001 | Amazon.com |
| 9 | Fanqiekuajing E-Commerce Co., Ltd.. | Amazon.com |
| 10 | If you love me | Amazon.com |
| 11 | Janet Perkins | Amazon.com |
| 12 | jayson Manssur | Amazon.com |
| 13 | Kellycase | Amazon.com |
| 14 | Liantou Liu | Amazon.com |
| 15 | linxbox | Amazon.com |
| 16 | liulangtao | Amazon.com |
| 17 | LYL Custom Design | Amazon.com |
| 18 | Marjorie Marinelli | Amazon.com |
| 19 | meiyi | Amazon.com |
| 20 | M-Maz | Amazon.com |
| 21 | MOKEY | Amazon.com |
| 22 | Rookie Xue Case | Amazon.com |
| 23 | Somer Lester Shop | Amazon.com |
| 24 | 2013service888 | eBay.com |
| 25 | balevale | iOffer.com |
| 26 | hvolkan | iOffer.com |
| 27 | idobeautywigs | iOffer.com |

## SCHEDULE "B"
## DEFENDANTS AND ASSOCIATED PAYMENT ACCOUNTS BY INVESTIGATION

**1) Kathleen Burns' Investigation – Purchases via the Seller IDs on Amazon.com**

| Def. No. | Seller Display Name | Item Purchased | Seller ID | Infringing Product ASIN |
|---|---|---|---|---|
| 1 | ALEXANDER OTT | mobile phone case | A1RCI6NN4NZSZK | B00Y2F8C3Q |
| 2 | Amanda Presley | mobile phone case | A2LF7PVGPWSMAC | B00Y2F6ZKS |
| 3 | Amaz0n Fashion classic case shop | mobile phone case | ABSR8B2TX0JOU | B00XMBXQUK |
| 4 | an an | mobile phone case | AD7YOHS1K2IRU | B00XMBXQUK |
| 5 | Chaoso Low Best | mobile phone case | AA3BYZPWOMIMA | B015H21DOM |
| 6 | chenchaodong | mobile phone case | A2TYFX59DW7QJA | B00Y2F6ZKS |
| 7 | DALKDAD | mobile phone case | A3MF79H6FS5Z30 | B00Y2F6ZKS |
| 8 | Elliot Rosenau001 | mobile phone case | A231J0EI3FZ4O0 | B00Y2I24D2 |
| 9 | Fanqiekuajing E-Commerce Co., Ltd.. | mobile phone case | A2JQ85728RI9J | B019BBBHDW |
| 10 | If you love me | mobile phone case | ASRFLWNIKJEKC | B016NN29ME |
| 11 | Janet Perkins | mobile phone case | A22GL9BY4H8YZR | B015GHHJXW |
| 12 | jayson Manssur | mobile phone case | AIM1QM07QRNAJ | B0161CN3PE |
| 13 | Kellycase | mobile phone case | A2FUWD3QW92QCB | B00Y2F6ZKS |
| 14 | Liantou Liu | mobile phone case | A3KOZSNXZWV1M5 | B00Y2F6ZKS |
| 15 | linxbox | mobile phone case | A176K10U1UFHFF | B00Y2F9RIU |
| 16 | liulangtao | mobile phone case | A2BHN5SSJ11PTI | B00Y2F6ZKS |

6

| Def. No. | Seller Display Name | Item Purchased | Seller ID | Infringing Product ASIN |
|---|---|---|---|---|
| 17 | LYL Custom Design | mobile phone case | A2N99WX6910YV4 | B00Y2I4QRY |
| 18 | Marjorie Marinelli | mobile phone case | A3BI02KUQ0W33Q | B00Y2F6ZKS |
| 19 | meiyi | mobile phone case | A8ZT0XNUEJMTF | B00Y2FBX0K |
| 20 | M-Maz | mobile phone case | A2NB16Y8ZT7GTF | B017936WFM |
| 21 | MOKEY | mobile phone case | A23ODPNJB0GO1O | B00Y2F6ZKS |
| 22 | Rookie Xue Case | mobile phone case | AMHITOBRZZAAY | B00Y2F6ZKS |
| 23 | Somer Lester Shop | mobile phone case | A35X4K5WA48XW4 | B01BD0XRRI |

2) Kathleen Burns' Investigation – Purchases via the Seller IDs on eBay.com and iOffer.com

| Def. No. | Seller Display Name | E-Commerce Store Type | Item Purchased | PayPal Account |
|---|---|---|---|---|
| 24 | 2013service888 | eBay | mobile phone case | lianganbing@gmail.com |
| 25 | balevale | iOffer | tee-shirt | gokhanbali@live.com |
| 26 | hvolkan | iOffer | handbag | fbvolkan2@yandex.com |
| 27 | idobeautywigs | iOffer | Belt | ibeautywigs@hotmail.com |